413 A.2d 1132

Commonwealth v. Raynor, Appellant.

Submitted September 15, 1978. Neal S. Axe, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.